William D. Hyslop
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO TEJEDA-GOMEZ,<br>ANDRES GUTIERREZ,<br><br>Defendants. | 4:21-CR-6004-SMJ<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(vi), 846<br>Conspiracy to Distribute 400<br>Grams or More of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi)<br>Distribution of 40 Grams or<br>More of Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about a date unknown, but at least by on or about January 1, 2017, and continuing until on or about January 15, 2021, in the Eastern District of Washington, and elsewhere, the Defendants, ARTURO TEJEDA-GOMEZ and

INDICTMENT – 1

ANDRES GUTIERREZ, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, both known and unknown, to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); all in violation of 21 U.S.C. § 846.

COUNT 2

On or about November 19, 2020, in the Eastern District of Washington, the Defendants, ARTURO-TEJEDA-GOMEZ and ANDRES GUTIERREZ, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846, as set forth in Count 1 of this Indictment, the Defendants, ARTURO TEJEDA-GOMEZ and ANDRES GUTIERREZ, shall

INDICTMENT – 2

forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including, but not limited to the following listed property:

- $271,980.00 U.S. currency, seized by the United States Drug Enforcement Administration, on or about January 12, 2021;

- $40,000.00 U.S. currency, seized by the United States Drug Enforcement Administration, on or about January 12, 2021;

- 2016 Nissan Titan XD, VIN: 1N6BA1F47GN509616, Washington License Number: C94352V, seized by the United States Drug Enforcement Administration, on or about January 12, 2021;

- 2019 Imagine Travel Trailer, VIN: 573TE3228K6612289, Washington License Number: 78474AC, seized by the United States Drug Enforcement Administration, on or about January 12, 2021;

- $4,740.00 U.S. currency, seized by the United States Drug Enforcement Administration, from ARTURO TEJEDA-GOMEZ, on or about January 15, 2021, pursuant to the execution of a federal search and seizure warrant; and,

- $98,030.00 U.S. currency, seized by the United States Drug Enforcement Administration, from ANDRES GUTIERREZ, on or about January 15, 2021, pursuant to the execution of a federal search and seizure warrant.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

INDICTMENT – 3

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this __9__ day of February 2021.

A TRUE BILL

Foreperson

_William D. Hyslop_
William D. Hyslop
United States Attorney

_Benjamin_
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 4