# CHARGES AND PENALTIES

**CASE NAME:** ARTURO TEJEDA-GOMEZ     **CASE NO.** 4:21-CR-6004-SMJ-1

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 09, 2021**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) & 846 | Conspiracy to Distribute 400 Grams or More of Fentanyl | CAG not less than 10 years up to a life term; and/or a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; and, denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of Fentanyl | CAG not less than 5 years up to 40 years; and/or a fine not to exceed $5,000,000; not less than 4 years up to a life term of supervised release; a $100 special penalty assessment; and, denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |