**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**509.457.5991**

<u>Attorney for:</u>
ARTURO TEJEDA-GOMEZ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
**(Honorable Salvador Mendoza, Jr.)**

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br>       Plaintiff, <br><br> vs. <br><br> ARTURO TEJEDA-GOMEZ, <br><br>       Defendant. | NO.   21-CR-6004-SMJ-1 <br><br> MOTION TO EXPEDITE <br><br> **May 18, 2021 at 6:30 PM** <br> **Richland, WA – Without Oral Argument** |

COMES NOW the defendant, ARTURO TEJEDA-GOMEZ, by and through his attorney of record, Ken Therrien, and moves the Court to consider on an expedited basis Motion to Continue Pre-trial Conference and Trial Date.

This motion is based on the records and files in the instant action and the Declaration of counsel.

//

//

MOTION TO EXPEDITE
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

<u>Declaration of Counsel</u>

I am the attorney for Arturo Tejeda-Gomez. Counsel for Mr. Tejeda-Gomez is requesting to continue trial due to reasons mentioned in motion to continue pre-trial and trial date. Counsel for Mr. Tejeda-Gomez has contacted AUSA Ben Seal and counsel for co-defendant, Robin Emmans, regarding the request to continue trial and pretrial motions. AUSA Seal and Ms. Emmans, have no objection. I am requesting this motion to be expedited to allow the Court time to address this matter.

Dated this 18th day of August, 2021.

*/s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Arturo Tejeda-Gomez
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION TO EXPEDITE
Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on August 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Benjamin Seal, Assistant United States Attorney
- Robin Emmans, Attorney for Andres Gutierrez

*s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Arturo Tejeda-Gomez
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION TO EXPEDITE
Page 3

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991