Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARTURO TEJEDA-GOMEZ,<br>ANDRES GUTIERREZ,<br><br>  Defendant. | 4:21-CR-06004-SMJ<br><br>SUBSTITUTION OF COUNSEL<br>FOR THE UNITED STATES |

    Ian L. Garriques, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America replacing Benjamin Seal.

Dated this 8th day of September, 2021.

                                              Joseph H. Harrington
                                              Acting United States Attorney

                                              s/ Ian L. Garriques
                                              Ian L. Garriques
                                              Assistant United States Attorney

1

2

3  I hereby certify that on September 8, 2021, I electronically filed the foregoing

4 with the Clerk of the Court using the CM/ECF System which will send notification of

5 such filing to the following: Ken Therrien and Robin Emmans

6

7

8  s/Ian L. Garriques
Ian L. Garriques
Assistant United States Attorney
9  United States Attorney's Office
402 E. Yakima Ave., Suite 210
10  Yakima, WA 98901
(509) 454-4425

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Government's Notice Substitution            2