KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

<u>Attorney for:</u>
ARTURO TEJADA GOMEZ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Magistrate Judge Mary K. Dimke)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ARTURO TEJEDA GOMEZ,<br><br>   Defendant, | NO.   4:21-CR-6004-SMJ<br><br>DEFENDANT'S MOTION FOR RE-OPEN OF DETENTION HEARING<br><br>**October 12, 2021 at 2:30 p.m.**<br>**Richland, WA – With**<br> **Oral Argument** |

Arturo Tejeda Gomez requests that this Court reopen the detention hearing in his case. The Court's prior ruling denied Mr. Gomez' previous request for release in this matter. The Government does not oppose the Motion to Reopen but has advised it will argue against release.

<u>Motion for Order of Release</u>

On January 22, 2021 the Court issued an Order of Detention Pending Trial (ECF 31) denying Mr. Tejeda-Gomez's request to be released under an imposition of conditions consistent the Bail Reform Act of 1984. In support of this Motion to

DEFENDANT'S MOTION FOR RE-OPEN OF
DETENTION HEARING
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Reopen his Detention Hearing Mr. Tejeda resubmits the letters of support previously filed in this case. This Court has previously held that Mr. Tejeda-Gomez satisfied the Rebuttable Presumption arising under 18.U.S.C. 3142( e ) (3) however, the Government has met its burden of proof regarding safety of the community and that no conditions or combination of conditions of release could be imposed that would assure Mr. Tejeda-Gomez's appearance as required. Mr. Tejeda-Gomez respectfully asks this Court to reconsider it's prior ruling based on the information set forth herein.

    Mr. Tejeda urges this Court to release him on conditions of release for the following reasons. Mr. Tejeda-Gomez wife was diagnosed with an auto immune disease nearly ten years ago which is progressively getting worse. Once Mr. Tejeda-Gomez was incarcerated the family lost its medical insurance. If released Mr. Tejeda-Gomez's job would be waiting for him. This would result in Mr. Tejeda' Gomez medical insurance being reinstated. Further, release of Mr. Tejeda-Gomez would give him the opportunity to assist his wife in starting a barbeque smoked pork business. This would allow his wife to support herself once Mr. Tejeda-Gomez' case was resolved.

    To ensure Mr. Tejeda-Gomez' compliance with the conditions of his release his Mother-in-Law is willing to grant a security interest to the Government in real property with a fair market value assessment of One-Hundred-Forty Thousand Dollars($140,000) as security for his appearance at trial. This property is unencumbered by debt. Also, in support of his motion for release Mr. Tejeda-Gomez submits his community supervision record in his previous case as confirmation of his ability to comply with any conditions of release the Court is willing to impose.

DEFENDANT'S MOTION FOR RE-OPEN OF DETENTION HEARING
Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

---

## Conclusion

Mr. Tejeda-Gomez respectfully request that this court grant his motion and release him from custody subject to conditions the Court deems appropriate.

Dated this 4th day of October 2021.

/s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Benjamin D. Seal, Assistant United States Attorney
- Ian Garrigues' Assistant United States Attorney

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Bernardo Ponce-Carabantes
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

Case 4:21-cr-06004-SMJ  ECF No. 87  filed 10/04/21  PageID.228  Page 3 of 3

DEFENDANT'S MOTION FOR RE-OPEN OF DETENTION HEARING
Page 3

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991