# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. ARTURO TEJEDA-GOMEZ**   Case No.   **4:21-CR-6004-SMJ-1**

Richland Video Conference
The Defendant agreed to appear via video conference.

**Defendant's Motion to Reopen Detention Hearing**       10/12/2021
**(ECF No. 87):**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Ben Seal, US Atty (video) |
| | | ☒ | Ken Therrien, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Additional Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.

Defense counsel argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required. Defense counsels request the Court to reconsider the previous order of detention. Defense counsel argues release conditions with a possible property bond, Defendant is willing to do whatever the Court imposes for conditions of release.

USA argued that there are no conditions which justify reconsidering the issues of detention or that there are no conditions which will reasonably assure Defendant's appearance as required. USA argues his concern with the Defendant being a flight risk.

Rebuttal argument by defense counsel.
Colloquy between Court and counsel regarding property bond.
USA inquires regarding defense counsel declaration he hadn't seen.

Recess: 2:48 p.m.
Reconvene: 2:52 p.m.

Defense counsel advises the Court that the Defendant's wife is willing to put up their house for a property bond.
Colloquy between Court and counsel regarding concerns of conditions of release, more information is needed for consideration.

Digital Recording/R-326      Time:   2:34 p.m. – 2:48 p.m.
                                     2:52 p.m. – 2:59 p.m.                             Page 1

**The Court ordered:**

1. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Defendant's Motion to Reopen Detention Continuance of Hearing:**
**11/04/2021 @ 1:30p.m.**
**[R/MKD]**
**(Video Conf)**