FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:21-CR-06004-SMJ-1 |
|---|---|
| Plaintiff, | ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO REOPEN DETENTION |
| vs. | |
| ARTURO TEJEDA-GOMEZ, | |
| Defendant. | |

On October 12, 2021, the Court conducted a hearing on Defendant's Motion to Reopen Detention Hearing, ECF No. 87. With his consent, Defendant appeared by video from Benton County Jail and was represented by Kenneth Therrien. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant seeks to present an additional bond package for the Court's consideration. Defendant orally moved to continue the motion hearing in this matter, and the United States did not object.

ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO REOPEN DETENTION - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Oral Motion to Continue the Hearing on Defendant's Motion to Reopen Detention Hearing is **GRANTED**.

2. The continued hearing on Defendant's Motion to Reopen Detention Hearing is scheduled for **November 4, 2021 at 1:30 PM by video before Judge Dimke in Richland, Washington**.

3. As set forth orally by the Court, the parties are directed to provide the Court all relevant information the parties intend to rely on in advance of the next hearing. The parties shall **submit such information to the Court at least one business day in advance of the continued hearing**.

DATED October 14, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO REOPEN DETENTION - 2