Vanessa R. Waldref
United States Attorney Eastern
District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave, Suite 210
Yakima, WA 98901

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO TEJEDA-GOMEZ<br>ANDRES GUTIERREZ,<br><br>Defendants. | Case No.: 4:21-CR-06004-SMJ<br><br>SUBSTITUTION OF COUNSEL<br>FOR THE UNITED STATES |

Michael D. Murphy, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America, replacing Assistant United States Attorney, Ian L. Garriques.

Dated: November 1, 2021.

Vanessa R. Waldref
United States Attorney

*s/ Michael D. Murphy*
Michael D. Murphy
Assistant United States Attorney

Government's Notice of Substitution – 1