KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

Attorney for:
ARTURO TEJEDA-GOMEZ

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Mary K. Dimke)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTURO-TEJEDA-GOMEZ<br><br>    Defendant. | NO.  4:21-cr-6004-SMJ-1<br><br>**DECLARATION OF COUNSEL REGARDING MOTION TO REOPEN DETENTION HEARING** |

Ken Therrien upon oath deposes and states:

I am the Attorney for the Arturo Tejeda. Attached to this Declaration are financial documents Mr. Tejeda submits on behalf of his motion to reopen his detention and request for release on conditions approved by this Court.

Attached to this Declaration of Counsel are the following documents submitted in support of Mr. Tejeda's Motion to Reopen Detention and release on Court approved conditions of release.

DECLARATION OF COUNSEL REGARDING
Page  1

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Exhibit "A": is a Market Analysis providing Market Values of comparable homes located in Mr. Tejeda's neighborhood estimating a market value of his home of the range between ▮▮▮▮▮. – ▮▮▮▮▮. According to Joanne Tejeda she had been advised that a listing price for the Tejeda Residence would list for $380,000. ▮▮▮▮▮ a copy from the Franklin County Assessor's Office indicating an assessed value of the Tejeda property of ▮▮▮▮▮. Exhibit "C" Mortgage Information as of October 22, 2021. Exhibit "D" a copy of a Loan Statement indicating an outstanding principal of ▮▮▮▮▮.

DATED this 2nd day of November 2021.

/s/ Ken Therrien
Ken Therrien, WSBA # 20291
Attorney for Arturo Tejeda

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

- Benjamin Seal, Assistant United States Attorney
- Robin Emmans, Attorney For Andres Gutierrez

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Arturo Tejeda-Gomez

DECLARATION OF COUNSEL REGARDING
Page 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DECLARATION OF COUNSEL REGARDING
Page 3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991