**CLIENT HANDOUT**



| | |
|---|---|
| MLS # |  |
| Status | Sold |
| Price | $339,900 |
| Class | RESIDENTIAL |
| Type | Single Family |
| County | Franklin |
| Address | 907 Robinson Drive |
| City | Pasco |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | 4 | GarCap | Two |
| Style1 | 2 Story | New | Existing Construction (Not New) |
| Style2 | Other | EverOcc | Yes |
| TotBaths | 3 | Acres # | 0.2300 |

This Listing Information Provided Courtesy of:

- CEL


EQUAL HOUSING OPPORTUNITY

11/02/2021 01:17 PM   

## GENERAL INFO

| | | | | | |
|---|---|---|---|---|---|
| Subdivision | | Living Room Location | | Bedroom 2 Size | |
| Neighborhood | | Living Room Size | | Bedroom 2 Location | |
| Total SQFT | 2,232 | Dining Room Size | | Bedroom 3 Size | |
| Finished SQFT | 2,232 | Dining Room Location | | Bedroom 3 Location | |
| Below Grade SQFT | 0 | Den/Study Size | | Bedroom 4 Size | |
| Lot Dimensions | | Den/Study Location | | Bedroom 4 Location | |
| School District | Pasco | Family Room Size | | Bedroom 5 Size | |
| Garage Dimensions | | Family Room Location | | Bedroom 5 Location | |
| Year Built | 2002 | Kitchen Size | | Bedroom 6 Size | |
| Zoning Type | Residential | Kitchen Location | | Bedroom 6 Location | |
| Sale Includes | | Utility Room Size | | # of Full Baths | 2 |
| New Construction (Y/N) | No | Utility Room Location | | # of 3/4 Baths | 0 |
| Proposed New Const. Start Date | | Bedroom 1 Size | | # of 1/2 Baths | 1 |
| Proposed New Const. End Date | | Bedroom 1 Location | | | |

## FEATURES

FOUNDATION/CONST  **Concrete**
ROOF  **Comp Shingle**
UTILITIES  **Appliances-Electric, Appliances-Gas, Electric, Gas**
HVAC  **Central Air**
INTERIOR  **Ceiling - Vaulted, Utility Sink**
APPLIANCES  **Dishwasher, Microwave Oven, Range**

EXTERIOR FEATURES
PROPERTY DESCRIPTION
IRRIGATION SYSTEM
STREET/ROAD INFO
WATER/SEWER  **Water - Public**
GARAGE/PARKING  **Attached, 2 car, Door Opener, Finished, RV Parking - Open**

## REMARKS

Public Remarks    Quaint home located in Pasco on a quiet cul-de-sac! Spacious 4 bedrooms, 2.5 baths. This 2 story home features a formal dining room, living room, and family room. The large master bedroom has a walk-in closet, dual vanity sinks, and a jetted tub. Get ready To entertain there is plenty of space! Head outside to your extended concrete patio, and yes there is plenty of space for RV/boat parking!!! Call today for a showing, this home will not last long!

## DIRECTIONS

This information is deemed reliable, but not guaranteed and should be independently verified.

CLIENT HANDOUT



| | |
|---|---|
| MLS # | ~~256070~~ |
| Status | Sold |
| Price | $375,000 |
| Class | |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | | GarCap | Three |
| Style1 | | New | Existing Construction (Not New) |
| Style2 | | EverOcc | Yes |
| TotBaths | | Acres # | 0.1700 |

This Listing Information Provided Courtesy of:


eXp ~~Realty, LLC~~


EQUAL HOUSING OPPORTUNITY

11/02/2021 01:11 PM 

## GENERAL INFO

| | | |
|---|---|---|
| Subdivision | Living Room Location | Bedroom 2 Size |
| Neighborhood | Living Room Size | Bedroom 2 Location |
| Total SQFT **2,232** | Dining Room Size | Bedroom 3 Size |
| Finished SQFT **2,232** | Dining Room Location | Bedroom 3 Location |
| Below Grade SQFT **0** | Den/Study Size | Bedroom 4 Size |
| Lot Dimensions | Den/Study Location | Bedroom 4 Location |
| School District | Family Room Size | Bedroom 5 Size |
| Garage Dimensions | Family Room Location | Bedroom 5 Location |
| Year Built **2002** | Kitchen Size | Bedroom 6 Size |
| Zoning Type **Residential** | Kitchen Location | Bedroom 6 Location |
| Sale Includes **Fridge/washer/dryer/cute picket fence** | Utility Room Size | # of Full Baths **1** |
| | Utility Room Location | # of 3/4 Baths **1** |
| New Construction (Y/N) **No** | Bedroom 1 Size | # of 1/2 Baths **1** |
| Proposed New Const. Start Date | Bedroom 1 Location | |

## FEATURES

FOUNDATION/CONST **Concrete, Crawl Space**
ROOF **Comp Shingle**
BASEMENT **No Basement**
CONSTR. TYPE/EXTERIOR **T 1-11, Wood Siding**
UTILITIES **Appliances-Electric, Electric, Gas**
HVAC **Gas - Heating, Central Air, Heat Pump - Cooling, Natural Gas**
INTERIOR **Drapes/Curtains/Blinds, Ceiling Fan(s)**
APPLIANCES **Dishwasher, Dryer, Garbage Disposal, Microwave Oven, Range/Oven, Refrigerator, Washer**

EXTERIOR FEATURES **Fencing/Enclosed, Patio/Covered, Dog Run, Irrigation, Porch**
PROPERTY DESCRIPTION
IRRIGATION SYSTEM **Entire Property, Pressurized, UGS Timed, Connected**
STREET/ROAD INFO **Curbs, Paved, Sidewalks, Street Lights**
WATER/SEWER **Water - Public, Sewer - Connected**
GARAGE/PARKING **Attached, Door Opener, Off Street Spaces, RV Parking - Open, 3 car**

## REMARKS

Public Remarks ▬▬▬ Come check out this fabulous 2 story, 2200+ square foot home in ▬▬▬ This home has 4 bedrooms, 3 bathrooms, and tons of living space! Downstairs you will find a welcoming entry that is open to the beautiful formal living space. From there you can find a formal dining room that is connected to the large kitchen with a breakfast bar and the family room! Off of the family room is a 1/2 bath and a nice sized laundry that leads out to the 3 car garage. Upstairs has all 4 bedrooms, a full bath and a giant master suite with a stand alone shower and jetted tub! So much space in this home. Out back is a covered patio with a spacious yard and RV/Car/toy parking. And the front yard is wrapped up in a beautiful white picket fence! It's like a scene from a movie! Call your favorite Realtor and schedule a showing soon!

## DIRECTIONS

This information is deemed reliable, but not guaranteed and should be independently verified.

CLIENT HANDOUT



| | |
|---|---|
| MLS # | |
| Status | Sold |
| Price | $391,900 |
| Class | RESIDENTIAL |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | 4 | GarCap | Two |
| Style1 | 2 Story | New | Existing Construction (Not New) |
| Style2 | Other | EverOcc | Yes |
| TotBaths | 3 | Acres # | 0.2100 |

This Listing Information Provided Courtesy of:

 CELL: 



EQUAL HOUSING OPPORTUNITY

11/02/2021 01:03 PM

### GENERAL INFO

| | | | | | |
|---|---|---|---|---|---|
| Subdivision | | Living Room Location | | Bedroom 2 Size | |
| Neighborhood | | Living Room Size | | Bedroom 2 Location | |
| Total SQFT | 2, | Dining Room Size | | Bedroom 3 Size | |
| Finished SQFT | 2,232 | Dining Room Location | | Bedroom 3 Location | |
| Below Grade SQFT | 0 | Den/Study Size | | Bedroom 4 Size | |
| Lot Dimensions | | Den/Study Location | | Bedroom 4 Location | |
| School District | Pasco | Family Room Size | | Bedroom 5 Size | |
| Garage Dimensions | 440 Sq ft | Family Room Location | | Bedroom 5 Location | |
| Year Built | 2004 | Kitchen Size | | Bedroom 6 Size | |
| Zoning Type | Residential | Kitchen Location | | Bedroom 6 Location | |
| Sale Includes | Home, Land, Chicken Coop | Utility Room Size | | # of Full Baths | 2 |
| New Construction (Y/N) | No | Utility Room Location | | # of 3/4 Baths | 1 |
| Proposed New Const. Start Date | | Bedroom 1 Size | | # of 1/2 Baths | 0 |
| Proposed New Const. End Date | | Bedroom 1 Location | | | |

### FEATURES

FOUNDATION/CONST   Crawl Space
ROOF   Comp Shingle
BASEMENT   No Basement
CONSTR. TYPE/EXTERIOR   Wood Siding, Wood Frame
FIREPLACE/FREESTAND STOVE   1, FP - Gas, In Family Room
UTILITIES   Electric, Gas
HVAC   Central Air
INTERIOR   Drapes/Curtains/Blinds, Utility Sink
APPLIANCES   Dishwasher, Garbage Disposal, Microwave Oven, Range/Oven

EXTERIOR FEATURES
PROPERTY DESCRIPTION
IRRIGATION SYSTEM
STREET/ROAD INFO
WATER/SEWER   Water - Public, Sewer - Connected
GARAGE/PARKING   Attached, 2 car

### REMARKS

Public Remarks   This is the home you've been waiting for! Well kept home with huge backyard, nicely landscaped with large established trees perfectly placed to enhance privacy. Huge composite deck runs the entire length of the house, perfect to host your summertime BBQs! Outside storage on both sides of the house, all fenced and gated in. Even has a chicken coop tucked away! Move into your new home before the new school year and take advantage of the newest schools Pasco has to offer, all within walking distance. Easy freeway access close to shopping, restaurants, parks and more. Kitchen has wrap around counters, eat in bar and cabinets for maximum storage, along with a dedicated pantry. Formal dining room and two living areas, one with a gas fireplace and mantle to stay toasty on those cold winter nights! Separate laundry room with extra cabinets and drawers for more storage and a

### DIRECTIONS

This information is deemed reliable, but not guaranteed and should be independently verified.

## CLIENT HANDOUT



| | |
|---|---|
| MLS # |  |
| Status | **Sold** |
| Price | **$400,000** |
| Class | **RESIDENTIAL** |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | 4 | GarCap | **Two** |
| Style1 | **2 Story** | New | **Existing Construction (Not New)** |
| Style2 | **Other** | EverOcc | **Yes** |
| TotBaths | 3 | Acres # | **0.1700** |

This Listing Information Provided Courtesy of:




EQUAL HOUSING OPPORTUNITY

11/02/2021 01:20 PM   

### GENERAL INFO

| | |
|---|---|
| Subdivision | |
| Neighborhood | |
| Total SQFT | **2,232** |
| Finished SQFT | **2,232** |
| Below Grade SQFT | **0** |
| Lot Dimensions | |
| School District | **Pasco** |
| Garage Dimensions | **22x19** |
| Year Built | **2007** |
| Zoning Type | **SINGLE FAMILY R** |
| Sale Includes | **Rng/Ov, Dishwasher, Micro, Garage AC, H20Htr** |
| New Construction (Y/N) | **No** |
| Proposed New Const. Start Date | |
| Living Room Location | **M** |
| Living Room Size | **17x17** |
| Dining Room Size | **14x10** |
| Dining Room Location | **M** |
| Den/Study Size | |
| Den/Study Location | |
| Family Room Size | **17x15** |
| Family Room Location | **M** |
| Kitchen Size | **12x11** |
| Kitchen Location | **M** |
| Utility Room Size | **9x6** |
| Utility Room Location | **M** |
| Bedroom 1 Size | **18x14** |
| Bedroom 1 Location | **U** |
| Bedroom 2 Size | **12x10** |
| Bedroom 2 Location | **U** |
| Bedroom 3 Size | **11x11** |
| Bedroom 3 Location | **U** |
| Bedroom 4 Size | **11x11** |
| Bedroom 4 Location | **U** |
| Bedroom 5 Size | |
| Bedroom 5 Location | |
| Bedroom 6 Size | |
| Bedroom 6 Location | |
| # of Full Baths | **2** |
| # of 3/4 Baths | **0** |
| # of 1/2 Baths | **1** |

### FEATURES

FOUNDATION/CONST **Crawl Space**
ROOF **Comp Shingle**
CONSTR. TYPE/EXTERIOR **T 1-11**
UTILITIES **Appliances-Electric, Cable, Electric, Gas**
HVAC **Gas - Heating, Central Air**
INTERIOR **Drapes/Curtains/Blinds, Utility Sink**
APPLIANCES **Dishwasher, Garbage Disposal, Microwave Oven, Range/Oven, Water Heater**

EXTERIOR FEATURES
PROPERTY DESCRIPTION
IRRIGATION SYSTEM **UGS Timed**
STREET/ROAD INFO **Curbs, Paved, Sidewalks, Street Lights**
WATER/SEWER **Water - Public, Sewer - Connected**
GARAGE/PARKING **Attached, 2 car, Door Opener, Finished, See Remarks**

### REMARKS

Public Remarks JUST LISTED! Don't miss this 4 bedroom 2.5 bath home 2 story in ▓▓▓▓. The home has recently updated laminate flooring on the main level and upper level baths, newer carpeting on the upper level and newer neutral grey interior paint throughout. In addition there is updated lighting with smart switches too! The HUGE 18x14 upper level master bedroom has a private master bath with double sinks, shower, garden tub and spacious walk in closet. The fully fenced Eastern facing back yard is great for shady summer evenings (play set included). The insulated 2 car garage also has an A/C unit for a comfy summer gym space or workshop area. The exterior was painted in the past 2 years as well! Oh and there's 10x6 storage building too! This one is super clean & move-in ready! Call your favorite Realtor today!

### DIRECTIONS

This information is deemed reliable, but not guaranteed and should be independently verified.

CLIENT HANDOUT



| | |
|---|---|
| MLS # | |
| Status | Sold |
| Price | $385,000 |
| Class | |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | | GarCap | Three |
| Style1 | | New | Existing Construction (Not New) |
| Style2 | | EverOcc | Yes |
| TotBaths | | Acres # | 0.1800 |

This Listing Information Provided Courtesy of:





11/02/2021 01:19 PM

## GENERAL INFO

| | | |
|---|---|---|
| Subdivision | Living Room Location | Bedroom 2 Size |
| Neighborhood | Living Room Size | Bedroom 2 Location |
| Total SQFT  2,232 | Dining Room Size | Bedroom 3 Size |
| Finished SQFT  2,232 | Dining Room Location | Bedroom 3 Location |
| Below Grade SQFT  0 | Den/Study Size | Bedroom 4 Size |
| Lot Dimensions | Den/Study Location | Bedroom 4 Location |
| School District | Family Room Size | Bedroom 5 Size |
| Garage Dimensions | Family Room Location | Bedroom 5 Location |
| Year Built  2004 | Kitchen Size | Bedroom 6 Size |
| Zoning Type  Residential | Kitchen Location | Bedroom 6 Location |
| Sale Includes | Utility Room Size | # of Full Baths  2 |
| New Construction (Y/N)  No | Utility Room Location | # of 3/4 Baths  0 |
| Proposed New Const. Start Date | Bedroom 1 Size | # of 1/2 Baths  1 |
| Proposed New Const. End Date | Bedroom 1 Location | |

## FEATURES

FOUNDATION/CONST  **Crawl Space**
ROOF  **Comp Shingle**
BASEMENT  **No Basement**
CONSTR. TYPE/EXTERIOR  **Wood Siding**
UTILITIES  **Appliances-Gas, Cable, Electric, Gas**
HVAC  **Forced Air, Gas - Heating, Central Air, Natural Gas**
INTERIOR  **Ceiling - Raised**
APPLIANCES  **Dishwasher, Garbage Disposal, Microwave Oven, Range, Water Heater**

EXTERIOR FEATURES  **Fencing/Enclosed, Patio/Open**
PROPERTY DESCRIPTION  **Located in City Limits, Plat Map - Recorded, Fruit Trees**
IRRIGATION SYSTEM  **UGS Timed**
STREET/ROAD INFO  **Paved, Sidewalks**
WATER/SEWER  **Water - Public, Sewer - Connected**
GARAGE/PARKING  **Attached, Door Opener, 3 car**

## REMARKS

Public Remarks  Amazing 2 story, over 2200 Sq. Ft., 4 bed, 2.5 bath, 3 car garage. New laminate floors & carpet! Fully landscaped with a fenced yard! Located conveniently off of Road 100 exit! Hurry & take a look before this baby flys!

## DIRECTIONS



This information is deemed reliable, but not guaranteed and should be independently verified.

CLIENT HANDOUT



| | |
|---|---|
| MLS # | |
| Status | Sold |
| Price | $360,000 |
| Class | |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | 4 | GarCap | Two |
| Style1 | 2 Story | New | Existing Construction (Not New) |
| Style2 | Other | EverOcc | Yes |
| TotBaths | 3 | Acres # | 0.1700 |

This Listing Information Provided Courtesy of:



EQUAL HOUSING OPPORTUNITY

11/02/2021 01:11 PM

### GENERAL INFO



| | | |
|---|---|---|
| Neighborhood | Living Room Location | Bedroom 2 Size |
| Total SQFT 2,232 | Living Room Size | Bedroom 2 Location |
| Finished SQFT 2,232 | Dining Room Size | Bedroom 3 Size |
| Below Grade SQFT 0 | Dining Room Location | Bedroom 3 Location |
| Lot Dimensions | Den/Study Size | Bedroom 4 Size |
| School District | Den/Study Location | Bedroom 4 Location |
| Garage Dimensions | Family Room Size | Bedroom 5 Size |
| Year Built 2001 | Family Room Location | Bedroom 5 Location |
| Zoning Type Residential | Kitchen Size | Bedroom 6 Size |
| Sale Includes | Kitchen Location | Bedroom 6 Location |
| New Construction (Y/N) No | Utility Room Size | # of Full Baths 2 |
| Proposed New Const. Start Date | Utility Room Location | # of 3/4 Baths 0 |
| Proposed New Const. End Date | Bedroom 1 Size | # of 1/2 Baths 1 |
| | Bedroom 1 Location | |

### FEATURES

| | |
|---|---|
| FOUNDATION/CONST Concrete, Crawl Space | EXTERIOR FEATURES Fencing/Enclosed, Lighting, Patio/Open |
| ROOF Comp Shingle | PROPERTY DESCRIPTION |
| CONSTR. TYPE/EXTERIOR Wood Siding | **Corner Lot** |
| FIREPLACE/FREESTAND STOVE 1, FP - Gas | IRRIGATION SYSTEM Pressurized, UGS Timed |
| UTILITIES Appliances-Electric, Cable, Electric, Gas | STREET/ROAD INFO Sidewalks, Street Lights |
| HVAC Forced Air, Gas - Heating, Central Air | WATER/SEWER Water - Public, Sewer - Connected |
| INTERIOR Drapes/Curtains/Blinds | GARAGE/PARKING Attached, 2 car |
| APPLIANCES Dishwasher, Dryer, Microwave Oven, Oven, Washer, Range | |

### REMARKS

Public Remarks ⬛⬛⬛ bedroom, 2-1/2 bath, 2 car garage, 2,232 square feet two-story home on a corner lot in the ⬛⬛⬛ formal dining room, gas fireplace in family room, bay window in living room, jetted tub in master bathroom and lower level laundry room with utility sink. The fully fenced back yard has a gazebo covered patio and timed underground sprinklers. Home does have a Ring doorbell and is conveniently located near shopping, restaurants, highway access and more! You don't want to miss this wonderful home, contact your agent today to schedule a viewing.

### DIRECTIONS

⬛⬛⬛

This information is deemed reliable, but not guaranteed and should be independently verified.

**CLIENT HANDOUT**



| | |
|---|---|
| MLS # | |
| Status | **Sold** |
| Price | **$400,000** |
| Class | **RESIDENTIAL** |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | 4 | GarCap | **Three** |
| Style1 | **2 Story** | New | **Existing Construction (Not New)** |
| Style2 | **Other** | EverOcc | **Yes** |
| TotBaths | **3** | Acres # | **0.2000** |

This Listing Information Provided Courtesy of:

 - CELL 

EQUAL HOUSING OPPORTUNITY

11/02/2021 01:12 PM   

### GENERAL INFO

| | | |
|---|---|---|
| Subdivision | Living Room Location | Bedroom 2 Size |
| Neighborhood | Living Room Size | Bedroom 2 Location |
| Total SQFT **2,232** | Dining Room Size | Bedroom 3 Size |
| Finished SQFT **2,232** | Dining Room Location | Bedroom 3 Location |
| Below Grade SQFT **0** | Den/Study Size | Bedroom 4 Size |
| Lot Dimensions | Den/Study Location | Bedroom 4 Location |
| School District | Family Room Size | Bedroom 5 Size |
| Garage Dimensions | Family Room Location | Bedroom 5 Location |
| Year Built **2005** | Kitchen Size | Bedroom 6 Size |
| Zoning Type **Residential** | Kitchen Location | Bedroom 6 Location |
| Sale Includes | Utility Room Size | # of Full Baths **2** |
| New Construction (Y/N) **No** | Utility Room Location | # of 3/4 Baths **0** |
| Proposed New Const. Start Date | Bedroom 1 Size | # of 1/2 Baths **1** |
| Proposed New Const. End Date | Bedroom 1 Location | |

### FEATURES

FOUNDATION/CONST  **Crawl Space**
ROOF  **Comp Shingle**
CONSTR. TYPE/EXTERIOR  **Wood Siding, Wood Frame**
FIREPLACE/FREESTAND STOVE  **1, FP - Gas, In Living Room**
UTILITIES  **Appliances-Electric, Cable, Electric, Gas**
HVAC  **Gas - Heating, Central Air, Electric - Cooling**
INTERIOR  **Drapes/Curtains/Blinds, Ceiling Fan(s), Utility Sink**
APPLIANCES  **Dishwasher, Microwave Oven, Range/Oven, Refrigerator, Water Heater**

EXTERIOR FEATURES  **Fencing/Enclosed, Patio/Open, Deck/Wood**
PROPERTY DESCRIPTION
IRRIGATION SYSTEM  **UGS Timed, Connected**
WATER/SEWER  **Water - Public, Sewer - Connected**
GARAGE/PARKING  **Attached, Door Opener, RV Parking - Open, Workshop, 3 car**

### REMARKS

Public Remarks   Wonderful neighborhood with close proximity to everything you need. Exterior of home offers RV parking, privacy and spacious back yard with room for gardening. Home is in great condition and well taken care of! Open concept through the heart of the home, large bedrooms and plenty of space in the restrooms. This home wont last long, come see it today!

### DIRECTIONS

This information is deemed reliable, but not guaranteed and should be independently verified.

# CLIENT HANDOUT



| | |
|---|---|
| MLS # | |
| Status | Sold |
| Price | $370,000 |
| Class | RESIDENTIAL |
| Type | |
| County | |
| Address | |
| City | |
| Cross Street | |

| | | | |
|---|---|---|---|
| Beds | 4 | GarCap | Three |
| Style1 | 2 Story | New | Existing Construction (Not New) |
| Style2 | Other | EverOcc | Yes |
| TotBaths | 3 | Acres # | 0.1650 |

This Listing Information Provided Courtesy of:

— CELL
eXp Realty, LLC


EQUAL HOUSING OPPORTUNITY

11/02/2021 01:11 PM

## GENERAL INFO

| | | |
|---|---|---|
| Subdivision | Living Room Location  M | Bedroom 2 Size  12x10 |
| Neighborhood | Living Room Size  15x14 | Bedroom 2 Location  U |
| Total SQFT  2,232 | Dining Room Size  14x10 | Bedroom 3 Size  12x11 |
| Finished SQFT  2,232 | Dining Room Location  M | Bedroom 3 Location  U |
| Below Grade SQFT  0 | Den/Study Size | Bedroom 4 Size  11x11 |
| Lot Dimensions  71x101 | Den/Study Location | Bedroom 4 Location  U |
| School District  Pasco | Family Room Size  17x16 | Bedroom 5 Size |
| Garage Dimensions | Family Room Location  M | Bedroom 5 Location |
| Year Built  2001 | Kitchen Size  12x11 | Bedroom 6 Size |
| Zoning Type  SINGLE FAMILY R | Kitchen Location  M | Bedroom 6 Location |
| Sale Includes | Utility Room Size  10x6 | # of Full Baths  2 |
| New Construction (Y/N)  No | Utility Room Location  M | # of 3/4 Baths  0 |
| Proposed New Const. Start Date | Bedroom 1 Size  18x15 | # of 1/2 Baths  1 |
| Proposed New Const. End Date | Bedroom 1 Location  U | |

## FEATURES

FOUNDATION/CONST  Crawl Space
ROOF  Comp Shingle
CONSTR. TYPE/EXTERIOR  T 1-11, Wood Frame
FIREPLACE/FREESTAND STOVE  1, FP - Gas, In Family Room
UTILITIES  Appliances-Electric, Appliances-Gas, Cable, Electric, Gas
HVAC  Forced Air, Gas - Heating, Central Air, Electric - Cooling
INTERIOR  Surround Snd - Equip Incl
APPLIANCES  Dishwasher, Microwave Oven, Range/Oven, Refrigerator, Water Heater

EXTERIOR FEATURES
PROPERTY DESCRIPTION
IRRIGATION SYSTEM
STREET/ROAD INFO
WATER/SEWER  Water - Public, Sewer - Connected
GARAGE/PARKING  Attached, Door Opener, RV Parking - Open, 3 car

## REMARKS

Public Remarks  much to love about this house with personality! Maybe it's the enormous stamped concrete patio with firepit, or the picturesque weeping willow... maybe it's the durable LVP flooring, or the stylish kitchen with updated appliances... no matter what catches your attention, make sure you see this home before it's gone! You'll love the layout with front living room, back family room, and 4 spacious bedrooms upstairs. With beautiful bay windows at the front and double glass doors at the back, there's tons of natural light filtering through the open and airy first level. The kitchen features gray cabinetry, modern appliances with 5-burner gas range, eating bar, and pantry. Family room has a cozy gas fireplace and surround sound at ceiling. Upstairs, the master suite is huge (18x15) with additional bay window area, jetted tub, walk-in closet, dual sinks - a great set up! Outside you'll love the fully fenced yard,

## DIRECTIONS

This information is deemed reliable, but not guaranteed and should be independently verified.