**Franklin County Assessor**
John A. Rosenau
1016 N. 4th Ave., BLDG A104
Pasco, WA 99301
(509) 545-3506
www.co.franklin.wa.us/assessor

Situs Address: ▮

| Value | Previous | New |
|---|---|---|
| Buildings | 194,700 | 220,200 |
| Permanent Crop | 0 | 0 |
| Market Land | 59,500 | 67,700 |
| Current Use Land | 59,500 | 67,700 |
| Total Market | 254,200 | 287,900 |
| Current Use Total | 254,200 | 287,900 |

Parcel Number: 116250451
Assessed Year: 2021
Tax Year: 2022
Last Date to Appeal: 10/04/2021
Notice Date: 09/02/2021

FCA-ADNJLTPC

Presorted First Class
U.S. Postage
PAID
The Master's Touch, LLC

****AUTO 5-DIGIT 99301