

# Mortgage Information

**Mortgage Loan Number:**

**Property Address:**



## Mortgage Information:

| | |
|---|---|
| Original Mortgage Balance: | 164,420.00 |
| Open Date: | |
| Interest Rate: | 4.500 |
| Mortgage Term: | 360 |
| First Payment Date: | 02/01/12 |
| Mortgage Maturity Date: | 01/01/42 |
| Balloon Date: | --/--/-- |
| Escrow Balance: | 1,512.65 |

## Mortgage Summary:

| | |
|---|---|
| Loan Balance: | 128,228.88 |
| Loan Payment: | |
| Next Payment Date: | 11/01/21 |
| Last Full Payment: | 10/18/21 |
| Late Charge Amount: | 0.00 |

## Payment Information:

**Total Monthly Payment:** 

**Principal & Interest Payment:** 

**Taxes & Insurance Monthly Amount:** 

## Year to Date Information:

**Taxes Paid YTD:**

**Interest Paid YTD:**

**Insurance Paid YTD:** 0.00

**Principal**

| | | | |
|---|---|---|---|
| | | Balance Paid YTD: |  |
| | | Late Charges YTD: | 0.00 |
| **Miscellaneous Information:** | | Taxes Paid Last Year: |  |
| Property Type: | 1 | Interest Paid Last Year: | |
| NCU Acct Number: | | | |
| Appraisal Amount: | | **ARM Information:** | |
| Investor ID: | A05 | ARM Plan ID: | |
| Invesor Category: | 003 | ARM Current Index Rate: | 0.000 |
| Investor Loan Number: | | ARM Next Change Date: | --/--/-- |
| Delinquency Status Code: | | ARM Interest Margin: | 0.000 |
| Bankruptcy Code | | ARM IR Change Period: | |
| Bankruptcy Status | | | |
| Flood Zone Indicator | 0 | ARM Lifetime Cap: | 0.000 |
| Flood Determination Date: | 11/22/11 | ARM Lifetime Decrease: | 0.000 |
| | | ARM Max Increase: | 0.000 |
| | | ARM Max Decrease: | 0.000 |
| | | ARM Loan Indicator | N |

[ Continue ]