# Loan Statement

**NUMERICA CREDIT UNION**
PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

Page 1 of 1

| | |
|---|---|
| Statement Date: | 10/18/21 |
| Account Number: | ██████ |
| Payment Due Date | 11/01/21 |
| **Amount Due** | **$1,179.4█** |

If payment is received after 11/17/21, $41.65 late fee will be charged.

### Contact Us
Member Service/Pay By Phone: 877-495-4850
Website: www.numericacu.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628

+ 0586771 000186772 09CLST 0930550 6W AF07J5 P1
ARTURO TEJEDA
███████████
PASCO WA 99301-████

### Account Information

| | |
|---|---|
| Property Address | ████ WRIGLEY DR████  ████, WA 99301 |
| Outstanding Principal | ██████ |
| Escrow Balance | ██████ |
| Maturity Date | January 2042 |
| Interest Rate | 4.5000% |
| Prepayment Penalty | NONE |

### Explanation of Amount Due

Loan Set Up on Automatic Payment/ACH*   **NO**
*If your account is set up on Automatic Payment/ACH as indicated above, your account will continue to draft as scheduled.

| | |
|---|---|
| Principal | █████.23 |
| Interest | $███.█6 |
| Escrow (for Taxes and Insurance) | $█46.█7 |
| Other | $0.00 |
| **Current Payment Due 11/01/21** | **$1,179.█6** |
| Total Fees Charged Since Last Statement | $0.00 |
| Overdue Amount | $0.00 |
| **Total Amount Due** | **$1,179.█6** |

### Transaction Activity (09/17/2021 to 10/18/2021)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 10/08/21 | | COUNTY TAX | | $█,███.██ |
| 10/18/21 | 10/15/21 | 10/2021 PAYMT - THANK YOU | | $1,179.█6 |
| 10/18/21 | 10/15/21 | ADDL PRIN | | $██.██ |

### Past Payments Breakdown
*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment.

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $██.██ | $███.██ |
| Interest | $█2.██ | $█,███.██ |
| Escrow (Taxes and Insurance) | $█46.█7 | $█,███.██ |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $0.00 | $0.00 |
| **Total** | **$█,███.██** | **$12,█50.65** |

### IMPORTANT MESSAGES

Need a budget buddy? Numerica offers resources to help you dial in your budget, pay off debt, or get hold of your credit score. Visit numericacu.com to learn more.

See Reverse Side For Additional Important Information   Please return this portion with your payment
Make Checks Payable To:

Arturo Tejeda
6120 Wrigley Drive
Pasco WA 99301-7843

Check this box if your address or ███████████

**Numerica Credit Union**

GW