# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

### USA v. ARTURO TEJEDA-GOMEZ    Case No.    4:21-CR-06004-SMJ-1

Richland Video Conference
The Defendant agreed to appear via video conference.

## Defendant's Motion to Reopen Detention Hearing    11/04/2021
## (ECF No. 87):

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Benjamin Seal, US Atty (video) |
| | | ☒ | Kenneth Therrien, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Additional Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.

Defense counsel argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required. Defense counsel argues property bond in which documents were previously filed regarding home value.

Colloquy between Court and counsel regarding presentence investigation report from Texas.

USA has no further argument beyond what was argued at previous hearings.

Discussion between Court and counsel regarding ruling.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention is **denied**.
2. The Court ruled that it will abide by its earlier determination.
3. The Court ruled that there are no conditions which justify reconsidering the issue of bail or that there are conditions of release which will reasonably assure Defendant's appearance as required.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.